```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jackson Javier Batioja Cuero

    v.                                    Case No. 23-cv-65-LM-AJ

FCI Berlin, Warden


                                ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 2, 2025 .  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The respondent's dispositive motion (doc. 21) is denied as moot. The clerk shall enter judgment and close the case.

                                            _____
                                            Landya B. McCafferty
                                            United States District Judge

Date: September 18, 2025

cc:   Counsel of Record